RUSSELL *v.* RHYNE BROTHERS LUMBER COMPANY.

ATKINSON, J. Under the pleadings and evidence the judge did not err in granting an interlocutory injunction.

*Judgment affirmed. All the Justices concur.*

No. 813. NOVEMBER 14, 1918.

Injunction. Before Judge Tarver. Bartow superior court. January 26, 1918.

*A. W. Fite* and *M. B. Eubanks,* for plaintiff in error.

*James R. Whitaker,* contra.

---

FARMERS BANK OF BYRON *v.* HARDISON, administrator, *et al.*

FISH, C. J. The case was heard upon the petition, the demurrers thereto, and the answer of one of the defendants, the others not answering. The court did not err in refusing to grant an interlocutory injunction, and to appoint a temporary receiver.

*Judgment affirmed. All the Justices concur.*

No. 825. NOVEMBER 14, 1918.

Petition for injunction. Before Judge Searcy. Houston superior court. January 18, 1918.

*L. D. Moore,* for plaintiff.   *John R. L. Smith,* for defendants.